# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 2:12-md-02311-MOB-MKM <br> Honorable Marianne O. Battani |
| In re: Radiators <br> In re: Automatic Transmission Fluid Warmers <br> In re: Air Conditioning Systems | Case No. 2:13-cv-01005-MOB-MKM <br> Case No. 2:13-cv-02405-MOB-MKM <br> Case No. 2:13-cv-02705-MOB-MKM |
| **THIS RELATES TO:** <br> State Attorneys General | |
| **STATE OF CALIFORNIA,** <br><br> ex rel. Xavier Becerra, <br> **Attorney General of the State of California** <br><br> **Plaintiffs,** <br> v. <br><br> **Calsonic Kansei Corporation and CalsonicKansei North America, Inc.** <br><br> **Defendants.** | Case No. 2:18-cv-13993 <br><br> Notice of Voluntary Dismissal |

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss Calsoni Kansei Corporation and CalsonicKansei North America, Inc. (collectively, "Defendants") from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint. The action has settled against Defendants under the terms of the

attached settlement agreement. Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated: December 20, 2018

XAVIER BECERRA
Attorney General of California

/s/ Anik Banerjee
KATHLEEN E. FOOTE
Senior Assistant Attorney General
ANIK BANERJEE
Deputy Attorney General
Cal. State Bar No. 236960
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Tel: (213) 269-6058
  Anik.Banerjee@doj.ca.gov
*Attorneys for Plaintiffs*